**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1286**

_____

ANDY ALEXANDER TJHANG,

                                Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A79-342-411)

_____

Submitted: October 27, 2006     Decided: November 29, 2006

_____

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Matthew W. Rau, LAW OFFICE OF MATTHEW W. RAU, Arlington, Virginia,
for Petitioner. Rod J. Rosenstein, United States Attorney, Allen
F. Loucks, Assistant United States Attorney, Baltimore, Maryland,
for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andy Alexander Tjhang, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider its prior order, which adopted and affirmed the immigration judge's denial of his applications for asylum, withholding of removal, and relief under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Tjhang, No. A79-342-411 (B.I.A. Feb. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED